# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **LAWANDA BLACKMON**, *et al.*, | ) | |
| | ) | |
| **Plaintiffs**, | ) | |
| | ) | |
| v. | ) | **CIV. ACT. NO. 1:20-cv-556-TFM-N** |
| | ) | |
| **ETHICON, INC.**, *et al.*, | ) | |
| | ) | |
| **Defendants**. | ) | |

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order that was entered on this same date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** Plaintiffs' claims are hereby **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Fed. R. Civ. P. 58.

**DONE** and **ORDERED** this the 18th day of January 2022.

 s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE